UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cv-1685 MCE DB PS |
|---|---|
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| MARCUS SOTO; ALICIA AMODIO, | |
| Defendants. | |

Defendants Marcus Soto and Alicia Amodio are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On January 18, 2022, the undersigned granted defendants twenty-eight days to file a response to plaintiff's complaint. (ECF No. 6.) That time has long passed and the docket reflects no activity in this action. In this regard, it appears that plaintiff has failed to prosecute this action. In the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1]; and

2. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: April 8, 2022                         /s/ DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2