DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:21-cv-1685-MCE-DB  PS |
| Plaintiff, | **ORDER APPROVING STIPULATION FOR ENTRY OF ORDER AND JUDGMENT** |
| v. | |
| Marcus Soto; Alicia Amodio, | |
| Defendants. | |

Plaintiff, the United States of America, and Defendants, Marcus Soto and Alicia Amodio, have jointly filed a Stipulation for Entry of Order and Judgment (ECF No. 8) ("Stipulation"). In consideration of the parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Judgment is entered against Marcus Soto and Alicia Amodio, and for the United States;

2. Marcus Soto and Alicia Amodio are jointly and severally liable in the amount of $246,629.35 for unpaid income tax liabilities for tax years 2008, 2009, 2010, 2011, 2013, 2014, and 2017, as of April 11, 2022, plus statutory interest and other statutory additions as provided by law, which continue to accrue until the liabilities are paid in full, pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, and 6622;

Order Approving Stipulation           1

2. All parties will bear their own respective costs and fees; and

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATED: May 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE